# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SANTOS OROZCO VALLE, | CASE NO. 2:25-cv-02429 |
| Petitioner, | MINUTE ORDER REASSIGNING CASE |
| v. | |
| BRUCE SCOTT et al., | |
| Respondents. | |

This action has been assigned to the Honorable Theresa L Fricke, United States Magistrate Judge. All future documents filed in this case must bear the cause number 2:25−cv−02429−TLF and bear the Judge's name in the upper right-hand corner of the document.

Dated this 30th day of December 2025.

Ravi Subramanian

Clerk

/s/Kathleen Albert

Deputy Clerk

MINUTE ORDER REASSIGNING - 1